Mark L. Eisenhut, State Bar No. 185039
 meisenhut@calljensen.com
CALL & JENSEN, APC
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel: (949) 717-3000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWPORT EXCHANGE HOLDINGS, INC., OTA FRANCHISE CORPORATION, a Nevada Corporation, et al.<br><br>Plaintiff(s),<br>v.<br>AXIS INSURANCE COMPANY<br><br><br>Defendant(s). | CASE NUMBER<br><br>8:21-cv-1167-DFM<br><br><br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
_____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).


| | |
|---|---|
| August 31, 2021 | /s/ Mark L. Eisenhut |
| Date | Signature of Attorney/Party |


NOTE:  **F.R.Civ.P. 41(a):** This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

**F.R.Civ.P. 41(c):** Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.